UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00640-CW |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 31, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| MARVIN MAURICE CAMPBELL, | ) ) | |
| Defendant. | ) ) ) | Date:  January 29, 2010<br>Time:  10:00 a.m.<br>Court:  Hon. Laurel Beeler |

The parties jointly requested that the hearing in this matter be moved from January 29, 2010 to March 31, 2010, and that time be excluded under the Speedy Trial Act between those dates. The government produced discovery to counsel for defendant, including DVDs containing digital media. Defendant requires additional time to review the discovery produced by the government, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. Additionally, defense counsel is collecting mitigating evidence to present to the government. Furthermore, defense counsel has been engaged in two weeks of pretrial motions in connection with an ongoing double homicide case; defense counsel expects the trial of the same case to last until mid-March. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best

STIP. REQ. TO CONTINUE HEARING TO MARCH 31, 2010 AND TO EXCLUDE TIME
No. CR-09-00640-CW

1 | interests of the public and the defendant in a speedy trial.  For these stated reasons, the Court
2 | finds that the ends of justice served by granting the continuance outweigh the best interests of the
3 | public and the defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18
4 | U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
5 | **IT IS HEREBY ORDERED** that the status hearing in this matter is moved from January
6 | 29, 2010 to March 31, 2010 at 10:00 a.m. before this Court, and that time between February 2,
7 | 2010 and March 31, 2010 is excluded under the Speedy Trial Act to allow for the effective
8 | preparation of counsel, taking into account the exercise of due diligence, and continuity of
9 | defense counsel.

11 | DATED: February 12, 2010           _____
                                          LAUREL BEELER
12 |                                      United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING TO MARCH 31, 2010 AND TO EXCLUDE TIME
No. CR-09-00640-CW