JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> MARVIN MAURICE CAMPBELL, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No. CR-09-00640 CW <br><br> [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT <br><br> Date:    March 31, 2010 <br> Time:   10:00 a.m. <br> Court:  Hon. Laurel Beeler |

      Defendant Marvin Maurice Campbell is charged in a four-count indictment with (1) possession with intent to distribute cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); (2) possession with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii); (3) possession of a firearm in furtherance of a drug trafficking crime, in

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-09-00640 CW                         1

violation of Title 18, United States Code, Section 924(c); and (4) being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).  On March 31, 2010, defendant appeared for a status hearing before this Court.  This Court set the matter for a further status hearing before the Honorable Donna M. Ryu on April 21, 2010 at 10:00 a.m.  Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from March 31, 2010 to April 21, 2010, in light of (1) the need for defense counsel to review discovery produced by the United States and to investigate this matter further, and (2) defense counsel's unavailability over the course of the last two months due to a lengthy two-defendant, double homicide trial in Alameda County.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Given these circumstances, the Court found that the ends of justice served by excluding the period from March 31, 2010 to April 21, 2010 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

    IT IS HEREBY ORDERED that:

        With the consent of defendant Campbell, the period from March 31, 2010 to April 21, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: April 5, 2010

_____
LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-09-00640 CW               2