IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00640 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |
| v. | |
| MARVIN MAURICE CAMPBELL, | |
| Defendant. | |

The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect. Accordingly,

Defendant Marvin Maurice Campbell's plea of guilty is accepted by the Court as to Counts Two and Three of the Indictment charging Defendant Marvin Maurice Campbell with possession with the intent to distribute cocaine and possession of a firearm in furtherance of a drug trafficking crime in violation of 21 U.S.C. §§ 841 (a)(1) and 841 (b)(1)(B)(ii) and 18 U.S.C. § 924(c)(1)(A).  Sentencing is set for July 21, 2010 at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 5/12/2010

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

cc: DMR; Probation; Wings