United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARVIN MAURICE CAMPBELL,

     Movant,

  v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

No. C 11-00073 CW
CR 09-00640 CW

ORDER TO SHOW
CAUSE

   Movant Marvin Maurice Campbell, a federal inmate at the
Federal Detention Center in Dublin, California, has filed this
motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his
sentence.  Good cause appearing, the Court hereby issues the
following orders:

   1.   The Clerk of the Court shall serve a copy of this Order
and the motion and all attachments thereto upon Respondent and
Respondent's attorney, the United States Attorney.  The Clerk shall
also serve a copy of this Order on Movant.

   2.   Respondent shall file with this Court and serve upon
Movant, within thirty (30) days of the issuance of this Order, an
answer conforming in all respects to Rule 5 of the Rules Governing
Section 2255 Cases, 28 U.S.C. foll. § 2255.

   3.   If Movant wishes to respond to the answer, he shall do so

1  by filing a traverse with the Court and serving it upon Respondent

2  within thirty (30) days of his receipt of the answer.

3

4

5        IT IS SO ORDERED.

6

7  Dated: 1/14/2011

CLAUDIA WILKEN
8                                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

MARVIN MAURICE CAMPBELL et al,

        Defendant.
                             /

Case Number: CR09-00640 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin Maurice Campbell
14002-111
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA 94568

Dated: January 14, 2011

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk

3