IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN MAURICE CAMPBELL,<br><br>    Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No.  11-cv-00073 CW<br>      09-cr-00640 CW<br><br>ORDER GRANTING<br>MOVANT'S MOTION FOR<br>LEAVE TO FILE AMENDED<br>§ 2255 MOTION |

    Movant moves for leave to file an amended motion under 28 U.S.C. § 2255.  The Court grants his motion.  Movant shall have forty-five days from the date of this order to file his amended motion.  Respondent shall file an answer to the amended motion within thirty days of service.  If the amended motion is not filed within forty-five days, Respondent shall file an answer to the original motion within seventy-five days from the date of this order.

    IT IS SO ORDERED.

Dated: 3/4/2011

                                     CLAUDIA WILKEN
                                     United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

 v.

MARVIN MAURICE CAMPBELL et al,

        Defendant.

Case Number: C11-00073 CW
CR09-00640 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin Maurice Campbell
14002-111
Federal Detention Center
5676 8th Street, Camp Parks
Dublin, CA 94568
PRO SE

Dated: March 4, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2