IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN MAURICE CAMPBELL,<br><br>      Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent.               / | No. 11-cv-00073 CW<br>    09-cr-00640 CW<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION<br>OF TIME TO FILE<br>TRAVERSE<br>(Docket No. 65) |

On January 6, 2011, Movant Marvin Maurice Campbell, an inmate incarcerated at the Federal Corrections Institution in Herlong, California, moved to vacate or correct his sentence under 28 U.S.C. section 2255 on the ground of ineffective assistance of counsel and also moved for an evidentiary hearing.  On January 14, 2011, the Court issued an Order to Show Cause for Respondent to file an answer to the motion and allowing Movant to file a traverse within thirty days of his receipt of the answer.  On March 4, 2011, the Court granted Movant's motion for leave to file an amended motion under section 2255, which he filed on April 20, 2011.  On May 25, 2011, Respondent filed its answer.  Movant did not file a traverse. On October 14, 2011, Movant filed a motion for leave to expand the traverse.  Because Movant has not filed a traverse, his motion is

construed as a request for an extension of time in which to file a traverse.  This request is granted.  Movant may file his traverse within fourteen days from the date of this order.

    IT IS SO ORDERED.

Dated: 10/21/2011

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

MARVIN MAURICE CAMPBELL et al,

        Defendant.

Case Number: C 11-00073 CW
CR 09-00640 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin Maurice Campbell
14002-111
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

Dated: October 21, 2011

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk

3