IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARVIN M. CAMPBELL,

     Movant,

  v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

No.  C  11-0073 CW
CR 09-0640 CW

ORDER GRANTING
CERTIFICATE OF
APPEALABILITY
(Docket No. 122)

    Movant Marvin Campbell filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.  On April 7, 2014, the Court entered an order denying the § 2255 motion.  Movant seeks a certificate of appealability regarding the denial of his motion.

    Movant's right to appeal the Court's denial of his § 2255 motion is governed by 28 U.S.C. § 2253(c), which states,

> (1) Unless a circuit justice or judge issues a
> certificate of appealability, an appeal may not be taken
> to the court of appeals from--
> (A) the final order in a habeas corpus proceeding in
> which the detention complained of arises out of process
> issued by a State court; or
> (B) the final order in a proceeding under section 2255.
>
> (2) A certificate of appealability may issue under
> paragraph (1) only if the applicant has made a
> substantial showing of the denial of a constitutional
> right.
>
> (3) The certificate of appealability under paragraph (1)
> shall indicate which specific issue or issues satisfy
> the showing required by paragraph (2).

28 U.S.C. § 2253(c)(1)-(3).  The Ninth Circuit has interpreted the phrase "circuit justice or judge" to include district court

United States District Court
For the Northern District of California

judges.  <u>United States v. Asrar</u>, 116 F.3d 1268, 1269-70 (9th Cir. 1997).  A certificate of appealability should be granted "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

The Court finds that Movant has made a sufficient showing of the denial of a constitutional right on his ineffective assistance of counsel claim based on counsel advising Movant not to file a motion to suppress and, instead, advising him to enter a guilty plea.  Accordingly, the application for a certificate of appealability is GRANTED (Docket No. 122).

IT IS SO ORDERED.


Dated: 5/30/2014

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2